IH-32
Rev: 2014-1

14 CV 6842

# United States District Court
for the
## Southern District of New York
### Related Case Statement

RECEIVED AUG 22 2014 U.S.D.C. S.D.N.Y. CASHIERS

Full Caption of Later Filed Case:

SAUL CHILL and SYLVIA CHILL,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| DAVIS SELECTED ADVISERS, L.P. and DAVIS SELECTED ADVISERS-NY, INC. | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Gary A. Hebda and Deborah L. Hebda,

| Plaintiff | Case Number |
|---|---|
| vs. | 14 Civ. 4318 |
| Davis Selected Advisers, L.P., and Davis Selected Advisers-NY, Inc. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

Earlier related case was filed on June 16, 2014. The complaint and summons were returned executed and a letter motion was filed on August 18, 2014 for extension of time to answer the complaint.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This case is related to the earlier filed case because the claims alleged arise from the same misconduct by defendants. Specifically, this action and the related case are brought on behalf of and for the benefit of the Davis New York venture fund (the "Fund"). Both actions name the same entities as defendants and allege that those defendants breached their fiduciary duties to the Fund by charging excessive advisory fees under Section 36(b) of the Investment Company Act of 1940.

Signature: _____  Date: 08/22/2014

Kirby McInerney LLP

Firm: _____